# Exhibit 1

**Registration Number**

# VA 2-421-806

**Effective Date of Registration:**
August 30, 2024
**Registration Decision Date:**
November 13, 2024

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** January 23, 2019 to December 28, 2019

### Title _____

| | |
|---|---|
| **Title of Group:** | 2019 plus size women's clothing (2408230) |
| **Number of Photographs in Group:** | 327 |

- **Individual Photographs:** 4256293 (1),
  4256293 (2),
  4256293 (3),
  4256293 (4),
  **Published:** January 2019

- **Individual Photographs:** 4368003 (1),
  4368003 (2),
  4368003 (3),
  4368003 (4),
  4368003 (5),
  4368003 (6),
  **Published:** February 2019

- **Individual Photographs:** 4379168 (1),
  4379168 (2),
  4379168 (3),
  4379168 (4),
  4379717 (1),
  4379717 (2),
  4379717 (3),
  4379717 (4),
  4379717 (5),
  4379717 (6),
  4379717 (7),
  4382635 (1),
  4382635 (2),
  4382635 (3),
  4382635 (4),
  4382635 (5),
  4382635 (6),
  4382635 (7),
  4382635 (8),

|   |   | 4405489 (1),<br>4405489 (2),<br>4405489 (3),<br>4405489 (4),<br>4405489 (5),<br>4405489 (6),<br>4405489 (7),<br>4405489 (8),<br>4405489 (9),<br>4405489 (10),<br>4411937 (1),<br>4411937 (2),<br>4411937 (3),<br>4411937 (4),<br>4413493 (1),<br>4413493 (2),<br>4413493 (3),<br>4413493 (4),<br>4414988 (1),<br>4414988 (2),<br>4414988 (3),<br>4414988 (4),<br>4414988 (5),<br>4414988 (6),<br>4414988 (7),<br>4414988 (8), |
|---|---|---|
|   | **Published:** | March 2019 |
| • | **Individual Photographs:** | 4435410 (1),<br>4435410 (2),<br>4435410 (3),<br>4435410 (4),<br>4435410 (5),<br>4435410 (6),<br>4435410 (7),<br>4435410 (8),<br>4435410 (9),<br>4435410 (10),<br>4435649 (1),<br>4435649 (2),<br>4435649 (3),<br>4435649 (4),<br>4435649 (5),<br>4435649 (6),<br>4435649 (7),<br>4435649 (8),<br>4438967 (1),<br>4438967 (2),<br>4438967 (3),<br>4438967 (4),<br>4438967 (5),<br>4468807 (1),<br>4468807 (2),<br>4468807 (3),<br>4468807 (4), |
|   | **Published:** | April 2019 |

- **Individual Photographs:** 4475236 (1),
  4475236 (2),
  4475236 (3),
  4475236 (4),
  4477258 (1),
  4477258 (2),
  4477258 (3),
  4477258 (4),
  4477258 (5),
  4477258 (6),
  4478143 (1),
  4478143 (2),
  4478143 (3),
  4478143 (4),
  4478143 (5),
  4478143 (6),
  4478143 (7),
  4478143 (8),
  4492137 (1),
  4492137 (2),
  4492137 (3),
  4492137 (4),
  4492137 (5),
  4492137 (6),
  4492137 (7),
  4492283 (1),
  4492283 (2),
  4492283 (3),
  4492283 (4),
  4493491 (1),
  4493491 (2),
  4493491 (3),
  4493491 (4),
  4493491 (5),
  4493565 (1),
  4493565 (2),
  4493565 (3),
  4493565 (4),
  4498123 (1),
  4498123 (2),
  4498123 (3),
  4498123 (4),
  4499601 (1),
  4499601 (2),
  4499601 (3),
  4499601 (4),
  4499601 (5),
  4499601 (6),
  4499923 (1),
  4499923 (2),
  4499923 (3),

  **Published:** May 2019

- **Individual Photographs:** 4509212 (1),
  4509212 (2),
  4509212 (3),
  4509212 (4),
  4509212 (5),

|  | 4509212 (6), |
|---|---|
|  | 4523966 (1), |
|  | 4523966 (2), |
|  | 4523966 (3), |
|  | 4523966 (4), |
|  | 4526351 (1), |
|  | 4526351 (2), |
|  | 4526351 (3), |
|  | 4526351 (4), |
|  | 4526351 (5), |
|  | 4526351 (6), |
| **Published:** | June 2019 |

- **Individual Photographs:** 4536208 (1),
4536208 (2),
4536208 (3),
4536208 (4),
4536208 (5),
4536208 (6),
4546076 (1),
4546076 (2),
4546076 (3),
4546076 (4),
4546076 (5),
4552350 (1),
4552350 (2),
4552350 (3),
4552350 (4),
4552350 (5),
4552350 (6),
4552610 (1),
4552610 (2),
4552610 (3),
4552610 (4),
4552610 (5),
4552610 (6),

    **Published:** July 2019

- **Individual Photographs:** 4567773 (1),
4567773 (2),
4567773 (3),
4567773 (4),
4567773 (5),
4567773 (6),

    **Published:** August 2019

- **Individual Photographs:** 4579111 (1),
4579111 (2),
4579111 (3),
4579111 (4),
4582666 (1),
4582666 (2),
4590223 (1),
4590223 (2),
4590223 (3),
4590223 (4),
4591830 (1),
4591830 (2),

4591830 (3),
4591830 (4),
4594280 (1),
4594280 (2),
4594280 (3),
4594280 (4),
4594280 (5),
4594280 (6),
4594280 (7),
4594280 (8),
4594280 (9),
4594280 (10),
4594409 (1),
4594409 (2),
4594409 (3),
4594409 (4),
4594409 (5),
4595953 (1),
4595953 (2),
4595953 (3),
4595953 (4),
**Published:**    September 2019

- **Individual Photographs:**    4609833 (1),
4609833 (2),
4609833 (3),
4609833 (4),
**Published:**    October 2019

- **Individual Photographs:**    4615923 (1),
4615923 (2),
4615923 (3),
4615923 (4),
4618808 (1),
4618808 (2),
4618808 (3),
4618808 (4),
4618808 (5),
4626582 (1),
4626582 (2),
4626582 (3),
4626582 (4),
4628234 (1),
4628234 (2),
4631953 (1),
4631953 (2),
4631953 (3),
4631953 (4),
**Published:**    November 2019

- **Individual Photographs:**    4627825 (1),
4627825 (2),
4627825 (3),
4627825 (4),
4632120 (1),
4632120 (2),
4632120 (3),
4632120 (4),

4632304 (1),
4632304 (2),
4632304 (3),
4632304 (4),
4632304 (5),
4632304 (6),
4632305 (1),
4632305 (2),
4632305 (3),
4632305 (4),
4632305 (5),
4632305 (6),
4632882 (1),
4632882 (2),
4632882 (3),
4632882 (4),
4635455 (1),
4635455 (2),
4635455 (3),
4635455 (4),
4635455 (5),
4635922 (1),
4635922 (2),
4635922 (3),
4635922 (4),
4636520 (1),
4636520 (2),
4636520 (3),
4636520 (4),
4636520 (5),
4636902 (1),
4636902 (2),
4636902 (3),
4636902 (4),
4636902 (5),
4636902 (6),
4636902 (7),
4636902 (8),
4638424 (1),
4638424 (2),
4638424 (3),
4638424 (4),
4638424 (5),
4638570 (1),
4638570 (2),
4638570 (3),
4638570 (4),
4638570 (5),
4638570 (6),
4641280 (1),
4641280 (2),
4641280 (3),
4641280 (4),
4641942 (1),
4641942 (2),
4641942 (3),
4641942 (4),
4641942 (5),

4641942 (6),
4641942 (7),
4641942 (8),
4644028 (1),
4644028 (2),
4644028 (3),
4644028 (4),
4644028 (5),
4644028 (6),
4644028 (7),
4644028 (8),
4644442 (1),
4644442 (2),
4644442 (3),
4644442 (4),
4645507 (1),
4645507 (2),
4645507 (3),
4645507 (4),
4645507 (5),
4645507 (6),
4645507 (7),
4645507 (8),
4645507 (9),
4645507 (10),
4645507 (11),
4645507 (12)

**Published:** December 2019

## Completion/Publication

**Year of Completion:** 2019
**Earliest Publication Date in Group:** January 23, 2019
**Latest Publication Date in Group:** December 28, 2019
**Nation of First Publication:** United States

## Author

- **Author:** daning zhou
  **Author Created:** photographs
  **Citizen of:** China
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** daning zhou
Chuangjin1hao A zuo 406, Dalang Community, Xin'an Street, Bao'an District,,
Shenzhen city, Guangdong Province, ShenZhen, 518000, China

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | daning zhou |
| **Email:** | 240289464@qq.com |
| **Telephone:** | +8615007553312 |
| **Address:** | Chuangjin1hao A zuo 406, Dalang Community, Xin'an Street, Bao'an District, Shenzhen city,  Guangdong Province ShenZhen 518000 China |

## Certification

|  |  |
|---|---|
| **Name:** | zhoudaning |
| **Date**: | August 30, 2024 |

|  |  |
|---|---|
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
|  | Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photograph only. 17 USC 101, 102 (a), and 113. |

