# Exhibit 2

Daning Zhou v. The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified in Schedule A

**Schedule A**

| No. | Seller's Name | Link to Seller's Website |
|-----|---------------|--------------------------|
| | | VA0002421806 |
| 1 | SCACTO NA | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418217815426&goods_id=601099980187016&sticky_type=3&_x_share_id=dVETmBk7BO0yLBTlJkH8kGbJE9lrI5XT&_x_sessn_id=8yy36r24n2&refer_page_name=goods&refer_page_id=10032_1763431212717_5wlovtkq94&refer_page_sn=10032 |
| 2 | Yiwushiaiqimaoyi Co., Ltd. dba SCACTO AT SCACTO AE | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418217372348&goods_id=601100061441961&sticky_type=3&_x_share_id=vOIOU4ivLYKoUhAHBAh8rc1lHZ7r4fLU&refer_page_name=goods&refer_page_id=10032_1763431952728_6lydra2ga8&refer_page_sn=10032&_x_sessn_id=8l0yfu1qhh https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418217372249&goods_id=601100143071837&sticky_type=3&_x_share_id=sWtkCiehrgJqDSHRmWGy8Y9rReKmLsCG&refer_page_name=goods&refer_page_id=10032_1763436626545_9ji310qw6w&refer_page_sn=10032&_x_sessn_id=ypyqruxbti |
| 3 | Jinhuashichengweimaoyi Co., Ltd. dba SCACTO KK SCACTO CA | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418216729925&goods_id=601100003116542&sticky_type=3&_x_share_id=s7XnM0Bm2vWFw77PgRg1PvtOzFeQsaMF&refer_page_name=goods&refer_page_id=10032_1763431618070_nro7ghyc1y&refer_page_sn=10032&_x_sessn_id=rvdn2mqjqp https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418215153583&goods_id=601100189049557&sticky_type=3&_x_share_id=ENQknRnXZ6JrsTFvtzHiso5w9kclfvTg&refer_page_name=goods&refer_page_id=10032_1763432033325_i8tv6cqh1i&refer_page_sn=10032&_x_sessn_id=o3j2btjjok |
| 4 | SCACTO TB | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418213448888&goods_id=601100040638718&sticky_type=3&_x_share_id=A66gYiqrKHipNlYfXav0xSq1uIpBm3RJ&refer_page_name=goods&refer_page_id=10032_1763434013478_1kbde01y9x&refer_page_sn=10032&_x_sessn_id=y1qr6lib49 |
| 5 | Phiafeny | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418219545362&goods_id=601099872556992&sticky_type=3&_x_share_id=SM4WyfKSVuQwgN1Zkt61vQ18R0Jhj5oX&_x_sessn_id=idjn7rtwck&refer_page_name=goods&refer_page_id=10032_1763444556540_mm3cadvj8v&refer_page_sn=10032 |
| 6 | HONGKONG YUJIN LIMITED dba Bnjafdy Pbvsjan | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218104460&goods_id=601099706400594&sticky_type=3&_x_sessn_id=idjn7rtwck&refer_page_name=goods&refer_page_id=10032_1763445648802_wsgksm4b19&refer_page_sn=10032 |

1

Daning Zhou v. The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified in Schedule A

**Schedule A**

| No. | Seller's Name | Link to Seller's Website |
|---|---|---|
|  |  | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218103476&goods_id=601099768336358&sticky_type=3&_x_sessn_id=1yf0rx6nwz&refer_page_name=goods&refer_page_id=10032_1763448959817_yyxm1as2xs&refer_page_sn=10032 |
| 7 | Hong Kong Jingluo Limited dba Tlktgf LIHYDA Okovt | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418217583829&goods_id=601099896995028&sticky_type=3&_x_sessn_id=1yf0rx6nwz&refer_page_name=goods&refer_page_id=10032_1763447173947_u3k8ncnq2d&refer_page_sn=10032 https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418217583592&goods_id=601099732559142&sticky_type=3&_x_sessn_id=1yf0rx6nwz&refer_page_name=goods&refer_page_id=10032_1763448258324_hinajsc42x&refer_page_sn=10032 https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418217583992&goods_id=601099704896589&sticky_type=3&_x_share_id=uRoi7R7ZVB3h8RRe6daEVMvta0lNU8n0&refer_page_name=goods&refer_page_id=10032_1763452787782_3m9aik0l7b&refer_page_sn=10032&_x_sessn_id=h1e0jp2701 |
| 8 | Qqqbntv | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218730119&goods_id=601099913252478&sticky_type=3&_x_sessn_id=1yf0rx6nwz&refer_page_name=goods&refer_page_id=10032_1763448699203_pwtjfz6evh&refer_page_sn=10032 |
| 9 | JIOWAST | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418220023474&goods_id=601100307131709&sticky_type=3&_x_sessn_id=1yf0rx6nwz&refer_page_name=goods&refer_page_id=10032_1763449270990_8o3r2mp7mh&refer_page_sn=10032 |
| 10 | Maxhbsq | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418221723075&goods_id=601100760249527&sticky_type=3&_x_sessn_id=1yf0rx6nwz&refer_page_name=goods&refer_page_id=10032_1763450187705_ihelqlzq4q&refer_page_sn=10032 |
| 11 | DTIJAS | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218517296&goods_id=601099855195003&sticky_type=3&_x_share_id=WtRj5nhdpgs6DocA0plvXzKbsEeRv8gw&refer_page_name=goods&refer_page_id=10032_1763450957563_sq20m9mq8y&refer_page_sn=10032&_x_sessn_id=5ebg04u7ok |
| 12 | Atuiahm | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218512721&goods_id=601099762104440&sticky_type=3&_x_share_id=wjvzbqJ9RdDWkfZnqz5cftZnrxgz68NG&refer_page_name=goods&refer_page_id=10032_1763451838776_yan6uygw7v&refer_page_sn=10032&_x_sessn_id=7neeibte8s |

2

Daning Zhou v. The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified in Schedule A

**Schedule A**

| No. | Seller's Name | Link to Seller's Website |
|---|---|---|
| 13 | Pfchlpy | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218479875&goods_id=601099762085537&sticky_type=3&_x_share_id=hUnEkdzCPpoejwViaPGeP3vk1RfZbmOK&refer_page_name=goods&refer_page_id=10032_176345545674 3_nt170v61wu&refer_page_sn=10032&_x_sessn_id=dsyy3kh5i7 |
| 14 | Nlgaxet | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218141974&goods_id=601099752894107&sticky_type=3&_x_share_id=2QDiLL3uYoIbD1ZMiyZCe13BnE86An4d&refer_page_name=goods&refer_page_id=10032_1763456156559_snaosvkda2&refer_page_sn=10032&_x_sessn_id=4v3c7mo5hw |
| 15 | Uvripwa | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218571337&goods_id=601099825133262&sticky_type=3&_x_share_id=hj0Hi8ZF6aHlQ4iRTpzVNKaBYWtJMj66&refer_page_name=goods&refer_page_id=10032_1763456450535_m8ej1pn9m0&refer_page_sn=10032&_x_sessn_id=tiq6m2ice5 |

3