# Exhibit 5

| No | Seller's Name | Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|---|---|
| 1 | SCACTO NA | VA0002421806 | | https://www.temu.com/women--color-button-cardigan-long-sleeve-v-neck-shirt-blouse-spring-and-summer-leisure-with-asymmetric-roll-sleeve-blouse-women-s-wear-g-601099980187016.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F13f14228-b3d1-4526-bd71-09fa40d4a96b.jpg&spec_id=15071&spec_gallery_id=42561&refer_page_sn=10032&refer_source=10016&freesia_scene=11&_oak_freesia_scene=11&_oak_rec_ext_1=MTU2NA&_oak_gallery_order=1227849923%2C344995645&_oak_name_id=3479353682758989801&_oak_mp_inf=EIjLrPan1ogBGhZnb29kc184d3o0ZGlfcmVjb21tZW5kIJDLhouoMw%3D%3D&spec_ids=15071%2C3002&refer_page_el_sn=200444&_x_share_id=dVETmBk7BO0yLBTlJkH8kGbJE9lrI5XT&refer_page_name=goods&refer_page_id=10032_1763107250984_cceq2b7036&_x_sessn_id=8yy36r24n2&is_back=1 |
| 2 | Yiwushiaiqimaoyi Co., Ltd. Dba SCACTO AT SCACTO AE | VA0002421806 | | https://www.temu.com/goods.html?refer_share_id=vOIOU4ivLYKoUhAHBAh8rc1lHZ7r4fLU&refer_share_channel=copy_link&_bg_fs=1&spec_gallery_id=68912&from_share=1&share_imessage_opt=1&spec_id=16080&goods_id=601100061441961&_oak_page_source=417&_oak_region=211&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2F4Iip3C8a5h%2F3e6049c0ef6d4630ac93e12828ea9bab.png&share_ui_type=1&_oaksn_=bci1ea6uzaX3uzIAIHG88NvG5HaGnZzfd4yoQo0lJVg%3D |
| 2 | Yiwushiaiqimaoyi Co., Ltd. dba SCACTO AT SCACTO AE | VA0002421806 | | https://www.temu.com/goods.html?refer_share_id=sWtkCiehrgJqDSHRmWGy8Y9rReKmLsCG&refer_share_channel=copy_link&_bg_fs=1&spec_gallery_id=57792&from_share=1&share_imessage_opt=1&spec_id=16086&goods_id=601100143071837&_oak_page_source=417&_oak_region=211&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2F4Iip3C8a5h%2F1321f5c1751841d1b9ebe09ef2681215.png&share_ui_type=1&_oaksn_=LcJ6pius4A%2FBOLKPDzF6mzixSs5mf%2BuXK1Rspnc%2FUjE%3D |
| 3 | Jinhuashichengweimaoyi Co., Ltd. dba SCACTO KK SCACTO CA | VA0002421806 | | https://www.temu.com/goods.html?refer_share_id=s7XnM0Bm2vWFw77PgRg1PvtOzFeQsaMF&refer_share_channel=copy_link&_bg_fs=1&spec_gallery_id=47290&from_share=1&share_imessage_opt=1&spec_id=3002&goods_id=601100003116542&_oak_page_source=417&_oak_region=211&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2F4Iip3C8a5h%2Fe1551e8fc69e429b84ccdc1f3c1bb80e.png&share_ui_type=1&_oaksn_=yzaN4f1q%2FxlTjhmwXZviBavdQO4BWNLsceMmSLmu3Sk%3D |

1

| No | Seller's Name | Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|---|---|
| 3 | Jinhuashichen gweimaoyi Co., Ltd. dba SCACTO KK SCACTO CA | VA0002421806 | | https://www.temu.com/goods.html?refer_share_id=ENQknRnXZ6JrsTFvtzHiso5w9kclfvTg&refer_share_channel=copy_link&_bg_fs=1&spec_gallery_id=58305&from_share=1&share_imessage_opt=1&spec_id=15071&goods_id=601100189049557&_oak_page_source=417&_oak_region=211&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2FEXu9GSO88J%2F44e61498aacd40d5b29643a75c4669d4.png&share_ui_type=1&_oaksn_=gPFf5E%2F49sVrcUoLa%2FXfLWMZrf3lakJjkdVOQKyUe3s%3D |
| 4 | SCACTO TB | VA0002421806 | | https://www.temu.com/goods.html?refer_share_id=A66gYiqrKHipNlYfXav0xSq1uIpBm3RJ&refer_share_channel=copy_link&_bg_fs=1&spec_gallery_id=47616&from_share=1&share_imessage_opt=1&spec_id=3002&goods_id=601100040638718&_oak_page_source=417&_oak_region=211&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2F4Iip3C8a5h%2F2bba775ed7344d7f8a101f69b7ff5366.png&share_ui_type=1&_oaksn_=B7lBIeFwb1ZZpZt5AW%2BFQnTT%2F3qee8kWE3M2MkZvC0g%3D |
| 5 | Phiafeny | VA0002421806 | | https://www.temu.com/womens-fashion-contrast-lace-solid-color-button-up-blouse-with-rolled-sleeves-g-601099872556992.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F33b9e5b9-5a93-4119-a932-c2cb6b43bc37.jpg&spec_id=16086&spec_gallery_id=77401&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTE4Mw&_oak_gallery_order=1475366307%2C364913591&_oak_name_id=5873102151403593 40&_oak_mp_inf=EMCvg8On1ogBGiAxMmM0ZDNjYjIyNDk0NDczYWZhNDdmMmQ5YzRmNDMxNiDGh%2FGrqTM%3D&spec_ids=16086&search_key=601099872556992&refer_page_el_sn=200049&_x_share_id=SM4WyfKSVuQwgN1Zkt61vQ18R0Jhj5oX&_x_sessn_id=idjn7rtwck&refer_page_name=search_result&refer_page_id=10009_1763444551808_4mi0y2u8gg |
| 6 | HONGKONG YUJIN LIMITED dba Bnjafdy Pbvsjan | VA0002421806 | | https://www.temu.com/plus-size-women-s-turquoise-blue-lace-trim-tunic-blouse-long-sleeve-button-shirt-with-white-lace-collar-cuff--casual-formal-wear-machine-washable-non-stretch-top-for-office-wedding-guest-or-everyday-outfits-g-601099706400594.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2Fb6069796-a430-44d0-b610-eeb3d62a0b22.jpg&spec_id=2001&spec_gallery_id=11083&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTM0OQ&_oak_gallery_order=1127826834%2C657076689%2C506812762%2C1208957769&_oak_name_id=3235270605429821267&_oak_mp_inf=ENL%2B5fOm1ogBGiA1ZDExMjcwNDcxNmU0NmFmOWM4ZDBlZTc5MGE4OGEwZSDBprSsqTM%3D&spec_ids=2001%2C16086%2C3002&search_key=601099706400594&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1763444551808_4mi0y2u8gg&_x_sessn_id=idjn7rtwck&is_back=1 |

| No | Seller's Name | Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|---|---|
| 6 | HONGKONG YUJIN LIMITED dba Bnjafdy Pbvsjan | VA0002421806 | | https://www.temu.com/1-size-lace-v-neck-tunic-top-plus-size-lace-v-neck-tunic-top-casual-cotton-blend-blouse-three-quarter-length-sleeves--stretch-solid-color-with-button-details-for-spring-summer-fall-women-s-pullover-style-1-3xl-g-601099768336358.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2Fa4281d14-bd7f-4fbe-a305-c9fc4d676ee4.jpg&spec_id=16086&spec_gallery_id=17469&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTgwMg&_oak_gallery_order=506812762%2C723827847%2C476455985%2C941598381&_oak_mp_inf=EOafqpGn1ogBGiA4MTQ1ZGNkMjc5ZWQ0YWE4OWVlNzU5ZmU0MWJlMmVlOCDwyP6tqTM%3D&spec_ids=16086%2C2001%2C3002&search_key=601099768336358&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_176344716 4904_hj56bx7z98&_x_sessn_id=1yf0rx6nwz |
| 7 | Hong Kong Jingluo Limited dba Tlktgf LIHYDA Okovt | VA0002421806 | | https://www.temu.com/plus-size-womens-plus-size-lace-trim-button-front-blouse-long-sleeve-tunic-top-with-collar-white-lace-panel--casual-formal-wear-machine-washable-loose-fit-shirt-no-for-dresses-to--conversion-g-601099896995028.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2Fa4281d14-bd7f-4fbe-a305-c9fc4d676ee4.jpg&spec_id=16086&spec_gallery_id=28899&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTM2Mg&_oak_gallery_order=506812762%2C16368885570%2C1428152592&_oak_mp_inf=ENT51s6n1ogBGiAwNWMxNTczNTdkYjc0YWVmOWMzMjU1MmQwN2M3MTU3ZSCVzJCtqTM%3D&spec_ids=16086%2C3002%2C2001&search_key=601099896995028&refer_page_el_sn=200049&_x_sessn_id=1yf0rx6nwz&refer_page_name=search_result&refer_page_id=10009_1763447164904_hj56bx7z98 |
| 7 | Hong Kong Jingluo Limited dba Tlktgf LIHYDA Okovt | VA0002421806 | | https://www.temu.com/plus-size-womens-plus-size-lace-trim-button-front-blouse-long-sleeve-tunic-top-with-white-lace-collar-cuff--elegant-shirt-for-casual-formal-wear-machine-washable-loose-fit-button-blouse-g-601099732559142.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2Fce3120ba-dc70-46ca-96b9-0239c4ac60fb.jpg&spec_id=16086&spec_gallery_id=12421&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTc4Ng&_oak_gallery_order=98066270&_oak_mp_inf=EKbKooCn1ogBGiAzZWJiOWQ5NDJiNjI0MmE3YTkzYzY3MmU4MTgxODI2YyYDj5dOtqTM%3D&spec_ids=16086&search_key=601099732559142&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1763447164904_hj56bx7z98&_x_sessn_id=1yf0rx6nwz |
| 7 | Hong Kong Jingluo Limited dba Tlktgf LIHYDA Okovt | VA0002421806 | | https://www.temu.com/goods.html?refer_share_id=uRoi7R7ZVB3h8RRe6daEVMvta0INU8n0&refer_share_channel=copy_link&_bg_fs=1&spec_gallery_id=10977&from_share=1&share_imessage_opt=1&spec_id=16086&goods_id=601099704896589&_oak_page_source=417&_oak_region=211&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2F4Iip3C8a5h%2F660a1726a6354c0e9439b6291faa8ae3.png&share_ui_type=1&_oaksn_=Eo0VV9jz%2BNP3V1D2Ay9Kv2cZO35lKhFOAHFySb%2Bwea0%3D |

3

| No | Seller's Name | Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|---|---|
| 8 | Qqqbntv | VA0002421806 | | https://www.temu.com/elegant-womens-long-sleeve-button-blouse-with-lace-floral-v-neck-lightweight-polyester-tunic-top-for-casual-or-semi-formal-wear-white-layering-piece-sophisticated--embroidery-floral-print-blouse-g-601099913252478.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2Fde1d675ae57a4c1389d900157b939242-goods.jpeg&spec_id=3002&spec_gallery_id=99707&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTY2NA&_oak_gallery_order=332256792%2C506812762%2C143858998%2C1428152592&_oak_name_id=5009825732078441288&_oak_mp_inf=EP6ct9an1ogBGiAwOWJlZGFiNjBjYjY0N2JmYjMzYzYxNTllMTM5YzI1MyC31%2B6tqTM%3D&spec_ids=3002%2C2001%2C16086&search_key=601099913252478&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1763447164904_hj56bx7z98&_x_sessn_id=1yf0rx6nwz |
| 9 | JIOWAST | VA0002421806 | | https://www.temu.com/womens-tunic--lace-flower-v-neck-long-sleeve-button-blouse-for-fall-streetwear-fall-fashion-casual-wear-floral-blouse-lace-detailing-stylish-construction-breathable-material--top-trendy-blouse-fashion-women-autumn-styling-g-601100307131709.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F56b18366-d8ef-4fd7-9fda-eebe9a55d029.jpg&spec_id=16086&spec_gallery_id=69630&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTQyOA&_oak_gallery_order=2080762523%2C332256792%2C143858998%2C1428152592&_oak_name_id=3497828025685357872&_oak_mp_inf=EL3an5Kp1ogBGiA2OTkyY2RmMGQ4MGY0Njc2OWM0ZTNkZTk1ODIyMDgxNSCQrJGuqTM%3D&spec_ids=16086%2C2001%2C3002&search_key=601100307131709&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1763449214965_zhw270w545&_x_sessn_id=1yf0rx6nwz |
| 10 | Maxhbsq | VA0002421806 | | https://www.temu.com/women--lace-floral-print-v-neck-long-sleeve-button-tunic-top-casual-streetwear-blouse-with--cuffs-machine-washable-for--floral-print-blouse-g-601100760249527.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2Fa4281d14-bd7f-4fbe-a305-c9fc4d676ee4.jpg&spec_id=16086&spec_gallery_id=100140&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTYzMQ&_oak_gallery_order=506812762%2C1428152592&_oak_mp_inf=ELfpp%2Bqq1ogBGiAwN2FkMmU2NDdlMjI0MjVlYWVhNWViNzk1YjJmYWI3MyC%2FoMmuqTM%3D&spec_ids=16086%2C2001&search_key=601100760249527&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1763449214965_zhw270w545&_x_sessn_id=1yf0rx6nwz |

4

| No | Seller's Name | Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|---|---|
| 11 | DTIJAS | VA0002421806 | | https://www.temu.com/goods.html?refer_share_id=WtRj5nhdpgs6DocA0plvXzKbsEeRv8gw&refer_share_channel=copy_link&_bg_fs=1&spec_gallery_id=24439&from_share=1&share_imessage_opt=1&spec_id=16086&goods_id=601099855195003&_oak_page_source=417&_oak_region=211&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2F4Iip3C8a5h%2F49c880a6f51149af9a7ae09f586513c6.png&share_ui_type=1&_oaksn_=LWA0G%2Fbyc3oSo99WGhPvoalLl6n1RIRxfsgfwgwiecE%3D |
| 12 | Atuiahm | VA0002421806 | | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099762104440&from_share=1&refer_share_id=091aeb4e-e58e-40a1-9d95-f5c950f6&refer_share_channel=copy_link&spec_id=16086&spec_gallery_id=17613&_oak_page_source=417&_oak_region=211&refer_share_suin=RSSBD2CCCNKKUIWB3BQGA3YBIU3GUHUTYHMUNNJCEV6EKVPEOP4IZGJVO3CFP57Q5V6QMZUB7Q&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2FEXu9GSO88J%2F79d5140a15134a6fa597a16c3a56807e.png&share_ui_type=1&_oaksn_=x16Y2Kt11QvcCZH12VGI76FM96Y10fDZlzz%2BewlV%2Bfg%3D |
| 13 | Pfchlpy | VA0002421806 | | https://www.temu.com/goods.html?refer_share_id=hUnEkdzCPpoejwViaPGeP3vk1RfZbmOK&refer_share_channel=copy_link&_bg_fs=1&spec_gallery_id=43728&from_share=1&share_imessage_opt=1&spec_id=16086&goods_id=601099762085537&_oak_page_source=417&_oak_region=211&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2F4Iip3C8a5h%2F99117be0c6504978b34d9d968ce01742.png&share_ui_type=1&_oaksn_=IKeEwlgux7GN8OTeGI7I0USVSzhta%2F0dgCmqiKlDaVo%3D |
| 14 | Nlgaxet | VA0002421806 | | https://www.temu.com/goods.html?refer_share_id=2QDiLL3uYoIbD1ZMiyZCe13BnE86An4d&refer_share_channel=copy_link&_bg_fs=1&spec_gallery_id=15471&from_share=1&share_imessage_opt=1&spec_id=3002&goods_id=601099752894107&_oak_page_source=417&_oak_region=211&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2FEXu9GSO88J%2F5b83d1618f1b4ebb9c7646f845d1e22c.png&share_ui_type=1&_oaksn_=iiv67CLG6y9y5QiZX1altg6Ce75b95Y1K65wpwmR2d0%3D |

| No | Seller's Name | Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|---|---|
| 15 | Uvripwa | VA0002421806 | | https://www.temu.com/goods.html?refer_share_id=hj0Hi8ZF6aHlQ4iRTpzVNKaBYWtJMj66&refer_share_channel=copy_link&_bg_fs=1&share_video=https%3A%2F%2Fgoods-vod.kwcdn.com%2Fgoods-video%2Ffcb995b8d52181ff763a43c99dcc48e9ecefeacegs2CV.f30.mp4&spec_gallery_id=22371&from_share=1&share_video_height=720&share_imessage_opt=1&spec_id=16086&share_img=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2Fa4281d14-bd7f-4fbe-a305-c9fc4d676ee4.jpg&share_ui_type=1&goods_id=601099825133262&share_video_width=720&_oak_page_source=417&_oak_region=211&_oaksn_=%2FS1boMRmUBsMLrRZsah0PCigaKn28i8QQPjC8fYqjwQ%3D |

Purchase Orders:

| No | Seller Alias | |
|---|---|---|
| 1 | SCACTO NA |  |
| 2 | Yiwushiaiqimaoyi Co., Ltd. dba SCACTO AT SCACTO AE | |

6



| | | |
|---|---|---|
| 3 | Jinhuashichengweimaoyi Co., Ltd. dba SCACTO KK SCACTO CA | |
| 4 | SCACTO TB | |
| 5 | Phiafeny | |
| 6 | HONGKONG YUJIN LIMITED dba Bnjafdy Pbvsjan | |

7

| | | |
|---|---|---|
| 7 | Hong Kong Jingluo Limited dba Tlktgf LIHYDA Okovt |  |
| 8 | Qqqbntv | |
| 9 | JIOWAST | |

8

| 10 | Maxhbsq |  |
| 11 | DTIJAS | |
| 12 | Atuiahm | |

| | | |
|---|---|---|
| **13** | Pfchlpy |  |
| **14** | Nlgaxet | |
| **15** | Uvripwa | |