**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Daning Zhou, <br><br>        Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO, <br><br>        Defendants. | **Case No. 1:26-cv-01242** <br><br><br> **Honorable Matthew F. Kennelly** |

**\*SEALED\* EX PARTE TEMPORARY RESTRAINING ORDER**

Plaintiff Daning Zhou ("Plaintiff") filed an *ex parte* Motion for Entry of a Temporary Restraining Order and Other Relief (the "Motion") against The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified in Schedule A, ("Defendants"). These online Defendants' e-commerce stores have been identified at least through their seller aliases and through the online marketplace accounts identified in Exhibit 2 to Plaintiff's Complaint [Dkt. Nos. 1-2 and 2-1]. After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion, and for its reasoning states as follows:

Plaintiff is the author, creator and copyright owner of the Copyrighted Photographs at issue in this case ("Plaintiff's Copyrighted Photographs"). Plaintiff's photographs are protected under the U.S. Copyright Registration No. VA0002421806 for a Group of Published Photographs, registration issued pursuant to 37 C.F.R. Section 202.4(i). ("Plaintiff's Copyright Registrations") attached to Plaintiff's Complaint as Exhibit 1. Accordingly, the Court finds that Plaintiff stands a likelihood of success on the merits of its copyright infringement claims for relief.

1

This Court finds, in the absence of adversarial presentation, it has personal jurisdiction over Defendants as Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided evidence to conclude that Defendants have targeted sales to Illinois residents by setting up and operating fully interactive online e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products through the use of unauthorized and unlicensed reproductions of Plaintiff's federally registered Copyrighted Photographs to residents of Illinois (Dkt. Nos. 1-3 and 2-2 to the Complaint). In this case, Plaintiff has presented screenshot evidence that each online Defendant's e-commerce store is operating one or more fully interactive commercial internet stores, reaching out to do business with Illinois residents, publicly displaying unlicensed and unauthorized reproductions of Plaintiff's Copyrighted Photographs, and selling products, which Illinois residents are able to purchase. Here, Plaintiff's counsel has presented evidence that they themselves have been able to purchase a competing product to their offices located in Illinois. *See NBA Properties v. HANWJH*, 46 F.4th 614 (7th Cir. 2022).

The Court additionally finds that issuance of the requested injunctive relief would be in the public interest by protecting consumers from the likelihood of confusion by Defendants' online e-commerce stores and their public display of the unlicensed and unauthorized reproductions of Plaintiff's Copyright-Protected Photos. The Court also finds that it need not balance the interests of Defendants in this case as the Plaintiff has presented credible evidence to conclude Defendants' online e-commerce store is engaging in, among other things, willful copyright infringement of the Plaintiff's Copyrighted Photographs.

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate as Plaintiff has alleged specific facts through the Declarations of Joseph W. Droter, Anisah Beaston and Daning Zhou in support of the Motion and supporting evidence which clearly show immediate and irreparable injury, loss, and damage will result to the Plaintiff before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to unidentifiable offshore accounts. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them, be temporarily enjoined and restrained from: Using Plaintiff's Copyrighted Photographs under the federal Copyright Registration Numbers, VA0002421806, including any reproductions, digital copies, print copies, photocopies, colorable imitations, replicas, simulations, mockups, in any format, either physical print or in digital formatting in connection or relation with the distribution, supply, sharing, reproduction, manufacturing, mass production, drop shipping, marketing, advertising, making, offering for sale, or sale of any products that is not a genuine product of Plaintiff's licensees or not authorized by Plaintiff to be sold in connection with the Plaintiff's Copyrighted Photographs;

2. Defendants shall not transfer, move, relocate, change accounts, assign, remove, or dispose of any money in the account associated with the seller aliases identified in Schedule A (the "Defendants' Seller Aliases") and through the online marketplace accounts, including but not limited to any other assets or resources in any of Defendants' financial accounts.

3. Upon Plaintiff's request, those with notice of this Order, including any online marketplace platforms such as Temu, eBay Inc., AliExpress, Amazon.com, Alibaba, Wish.com,

TikTok Inc., SHEIN and Dhgate (collectively the "Third Party Providers"), shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with the unlicensed and unauthorized use of Plaintiff's Copyrighted Photographs.

4. Any Third-Party Providers, including Temu, TikTok Shop, PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A attached to Plaintiff's Complaint [Dkt. No. 1-2], including any e-mail addresses provided for Defendants by third parties; and

b. restrain and enjoin any such accounts or funds from transferring, disposing, relocating, assigning, moving, or any other method of shifting any of the said money or any other asset or resource of each Defendant until further order by this Court, or until the expiration of this court Order, whichever occurs first.

5. The plaintiff may provide notice of the proceedings in this case to the Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by sending an e-mail with all service documents attached and electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by including a link to said website to the e-mail addresses identified and provided for Defendants by third parties.

6. Plaintiff must provide notice to Defendants of any motion for preliminary injunction as required by Rule 65(a)(1).

7.      Plaintiff shall deposit with the Court Fifteen Thousand Dollars and Zero Cents ($15,000.00) either cash or surety bond, as security, which amount has, in the absence of adversarial testing, been deemed adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder within ten (10) business days of entry of this Order.

8.      Any Defendant that is subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

9.      This Temporary Restraining Order without notice is entered at 9:30 A.M. on this 17th day of February 2026 and shall remain in effect for fourteen (14) calendar days.

_____

Honorable Matthew F. Kennelly
United States District Judge

| No. | Seller's Name | Link to Seller's Website |
|---|---|---|
| VA0002421806 | | |

5

| No. | Seller's Name | Link to Seller's Website |
|---|---|---|
| 1 | SCACTO NA | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418217815426&goods_id=601099980187016&sticky_type=3&_x_share_id=dVETmBk7BO0yLBTlJkH8kGbJE9lrI5XT&_x_sessn_id=8yy36r24n2&refer_page_name=goods&refer_page_id=10032_1763431212717_5wlovtkq94&refer_page_sn=10032 |
| 2 | Yiwushiaiqimaoyi Co., Ltd. dba SCACTO AT SCACTO AE | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418217372348&goods_id=601100061441961&sticky_type=3&_x_share_id=vOIOU4ivLYKoUhAHBAh8rc1lHZ7r4fLU&refer_page_name=goods&refer_page_id=10032_1763431952728_6lydra2ga8&refer_page_sn=10032&_x_sessn_id=8l0yfu1qhh https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418217372249&goods_id=601100143071837&sticky_type=3&_x_share_id=sWtkCiehrgJqDSHRmWGy8Y9rReKmLsCG&refer_page_name=goods&refer_page_id=10032_1763436626545_9ji310qw6w&refer_page_sn=10032&_x_sessn_id=ypyqruxbti |
| 3 | Jinhuashichengweimaoyi Co., Ltd. dba SCACTO KK SCACTO CA | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418216729925&goods_id=601100003116542&sticky_type=3&_x_share_id=s7XnM0Bm2vWFw77PgRg1PvtOzFeQsaMF&refer_page_name=goods&refer_page_id=10032_1763431618070_nro7ghyc1y&refer_page_sn=10032&_x_sessn_id=rvdn2mqjqp https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418215153583&goods_id=601100189049557&sticky_type=3&_x_share_id=ENQknRnXZ6JrsTFvtzHiso5w9kclfvTg&refer_page_name=goods&refer_page_id=10032_1763432033325_i8tv6cqh1i&refer_page_sn=10032&_x_sessn_id=o3j2btjjok |
| 4 | SCACTO TB | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418213448888&goods_id=601100040638718&sticky_type=3&_x_share_id=A66gYiqrKHipNlYfXav0xSq1uIpBm3RJ&refer_page_name=goods&refer_page_id=10032_1763434013478_1kbde01y9x&refer_page_sn=10032&_x_sessn_id=y1qr6lib49 |
| 5 | Phiafeny | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418219545362&goods_id=601099872556992&sticky_type=3&_x_share_id=SM4WyfKSVuQwgN1Zkt61vQ18R0Jhj5oX&_x_sessn_id=idjn7rtwck&refer_page_name=goods&refer_page_id=10032_1763444556540_mm3cadvj8v&refer_page_sn=10032 |
| 6 | HONGKONG YUJIN LIMITED dba Bnjafdy Pbvsjan | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218104460&goods_id=601099706400594&sticky_type=3&_x_sessn_id=idjn7rtwck&refer_page_name=goods&refer_page_id=10032_1763445648802_wsgksm4b19&refer_page_sn=10032 https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218103476&goods_id=601099768336358&sticky_type=3&_x_sessn_id=1yf0rx6nwz&refer_page_name=goods&refer_page_id=10032_1763448959817_yyxm1as2xs&refer_page_sn=10032 |
| 7 | Hong Kong Jingluo Limited dba Tlktgf LIHYDA Okovt | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418217583829&goods_id=601099896995028&sticky_type=3&_x_sessn_id=1yf0rx6nwz&refer_page_name=goods&refer_page_id=10032_1763447173947_u3k8ncnq2d&refer_page_sn=10032 https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418217583592&goods_id=601099732559142&sticky_type=3&_x_sessn_id=1yf0rx6nwz&refer_page_name=goods&refer_page_id=10032_1763448258324_hinajsc42x&refer_page_sn=10032 https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418217583992&goods_id=601099704896589&sticky_type=3&_x_share_id=uRoi7R7ZVB3h8RRe6daEVMvta0lNU8n0&refer_page_name=g |

| No. | Seller's Name | Link to Seller's Website |
|-----|---------------|--------------------------|
|  |  | oods&refer_page_id=10032_1763452787782_3m9aik0l7b&refer_page_sn=10032&_x_sessn_id=h1e0jp2701 |
| 8 | Qqqbntv | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218730119&goods_id=601099913252478&sticky_type=3&_x_sessn_id=1yf0rx6nwz&refer_page_name=goods&refer_page_id=10032_1763448699203_pwtjfz6evh&refer_page_sn=10032 |
| 9 | JIOWAST | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418220023474&goods_id=601100307131709&sticky_type=3&_x_sessn_id=1yf0rx6nwz&refer_page_name=goods&refer_page_id=10032_1763449270990_8o3r2mp7mh&refer_page_sn=10032 |
| 10 | Maxhbsq | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418221723075&goods_id=601100760249527&sticky_type=3&_x_sessn_id=1yf0rx6nwz&refer_page_name=goods&refer_page_id=10032_1763450187705_ihelqlzq4q&refer_page_sn=10032 |
| 11 | DTIJAS | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218517296&goods_id=601099855195003&sticky_type=3&_x_share_id=WtRj5nhdpgs6DocA0plvXzKbsEeRv8gw&refer_page_name=goods&refer_page_id=10032_1763450957563_sq20m9mq8y&refer_page_sn=10032&_x_sessn_id=5ebg04u7ok |
| 12 | Atuiahm | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218512721&goods_id=601099762104440&sticky_type=3&_x_share_id=wjvzbqJ9RdDWkfZnqz5cftZnrxgz68NG&refer_page_name=goods&refer_page_id=10032_1763451838776_yan6uygw7v&refer_page_sn=10032&_x_sessn_id=7neeibte8s |
| 13 | Pfchlpy | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218479875&goods_id=601099762085537&sticky_type=3&_x_share_id=hUnEkdzCPpoejwViaPGeP3vk1RfZbmOK&refer_page_name=goods&refer_page_id=10032_1763455456743_nt170v61wu&refer_page_sn=10032&_x_sessn_id=dsyy3kh5i7 |
| 14 | Nlgaxet | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218141974&goods_id=601099752894107&sticky_type=3&_x_share_id=2QDiLL3uYoIbD1ZMiyZCe13BnE86An4d&refer_page_name=goods&refer_page_id=10032_1763456156559_snaosvkda2&refer_page_sn=10032&_x_sessn_id=4v3c7mo5hw |
| 15 | Uvripwa | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218571337&goods_id=601099825133262&sticky_type=3&_x_share_id=hj0Hi8ZF6aHlQ4iRTpzVNKaBYWtJMj66&refer_page_name=goods&refer_page_id=10032_1763456450535_m8ej1pn9m0&refer_page_sn=10032&_x_sessn_id=tiq6m2ice5 |

7