IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Daning Zhou,<br><br>       Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS,<br>LIMITED LIABILITY COMPANIES,<br>PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE "A" HERETO,<br><br>       Defendants. | **Case No. 1:26-cv-01242**<br><br><br>**Honorable Matthew F. Kennelly** |

## PRELIMINARY INJUNCTION ORDER

THIS CAUSE being before the Court on Plaintiff, Daning Zhou, ("Plaintiff") Motion for Entry of Preliminary Injunction ("Motion") and this Court having reviewed the evidence before it, hereby GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction in its entirety against Defendants, The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified in Schedule A ("Defendants"), who operates fully interactive, e-commerce stores on Temu.com (the "Seller Aliases").

The Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including consumers in the State of Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including to the State of

1

Illinois, and has sold competing products through the unauthorized use and display of Plaintiff's federally registered copyrights (the "Plaintiff's Copyrights") to residents of the State of Illinois. Docket No. 1-1, Exhibit 1 to the Complaint, which includes Plaintiff's Copyright, VA0002421806.

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for Entry of a Temporary Restraining Order establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted. Specifically, Plaintiff has proved a prima facie case of copyright infringement because (1) Plaintiff is the lawful assignee of all right, title and interest in and to the federally registered copyright(s), (2) Defendants make, uses, offers for sale, sells, and/or imports into the United States for subsequent sale or uses competing products that infringes directly and/or indirectly Plaintiff's federally registered copyrights and (3) an ordinary observer would be deceived into thinking the Infringing Products images were the same as Plaintiff's federally registered copyrights. Furthermore, Defendants' continued, and unauthorized use of Plaintiff's federally registered copyrights irreparably harms Plaintiff through loss of customers' goodwill and reputational harm. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. As such, this Court orders that:

1.      Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be enjoined and restrained from:

a.  Using or displaying the Plaintiff's Copyrights, in any medium, whether it be print, digital or otherwise, in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff's product or is not authorized by PLAINTIFF to be sold in connection with the Plaintiff's Copyrights;

b.  passing off, inducing, or enabling others to sell or pass off any competing product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not under the authorization, control, or supervision of Plaintiff or approved by Plaintiff;

c.  committing any acts calculated to lead to the likelihood of confusion among the consumers into believing that Defendants' products are those sold under the authorization, control, or supervision of PLAINTIFF, or are sponsored by, approved by, or otherwise connected with PLAINTIFF; and

d.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, distributing, in any manner, products or inventory manufactured through the use of PLAINTIFF's Copyright-Protected Photographs.

2.      Defendants shall not transfer, move, relocate, change accounts, assign, remove, or dispose of any money in the account associated with the online marketplace accounts identified on the Complaint (the "Online Marketplaces") [Dkt. Nos. 1-2 and 2-1] including but

3

not limited to any and all other assets or resources in any and all of Defendants' financial accounts.

3.      PLAINTIFF is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, 36, and 45 related to:

    a.  the identities and locations of Defendants, its officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b.  the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

    c.  any financial accounts, assets, or other resources owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, SHEIN, PayPal, Inc. ("PayPal"), Alipay, ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Alibaba Group Holding Ltd. ("Alibaba"), Ant Financial Services Group ("Ant Financial"), Amazon Pay, TikTok Shop or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4

4.  Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for Defendants or in connection with any of Defendants' Online Marketplaces, such as eBay, Inc. ("eBay"), Temu.com, AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers") shall, within ten (10) business days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

    a.  the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b.  the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

    c.  any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Temu, SHEIN, PayPal, Alipay, Wish.com, Alibaba, Ant Financial, Amazon Pay,

or other merchant account providers, payment providers, third party processors, credit card associations (e.g., MasterCard and VISA), including present balances on any accounts.

5.     Upon PLAINTIFF's request, those with notice of this Order, including the Third-Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of competing and infringing goods using the Plaintiff's Copyright-Protected Photographs.

6.  Any Third-Party Providers, including Temu, SHEIN, PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

a.    locate all accounts and funds connected to Defendant's Seller Aliases, including, but not limited to, any financial accounts connected to the information related to Defendants, the e-mail addresses identified in Exhibits, and any e-mail addresses provided for Defendants by third parties; and

b.    restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

7.     Plaintiff may provide notice of these proceedings to Defendants, including notice, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions by electronically publishing a link to the Complaint, this Order and other relevant documents on a website https://blointernetenforcement.com/, and by sending an e-mail with the relevant

documents attached to any e-mail addresses provided for Defendants by third parties that includes a link to said website. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.      Plaintiff has already deposited with the Court twenty-six thousand dollars and zero cents ($15,000.00), as surety bond, as security, which amount was determined adequate for the payment of such damages as any person may be entitled to recover as a result of wrongful restraint hereunder [Dkt. No. 16].

9.      Defendants, that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

10.      This Preliminary Injunction Order is entered at on this 13th day of March 2026 and shall remain in effect until Final Disposition of this case or until further order by the Court.

Honorable Matthew F. Kennelly
United States District Judge

SCHEDULE A

| No. | Seller's Name | Link to Seller's Website |
|---|---|---|
| 1 | SCACTO NA | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418217815426&goods_id=601099980187016&sticky_type=3&_x_share_id=dVETmBk7BO0yLBTlJkH8kGbJE9lrI5XT&_x_sessn_id=8yy36r24n2&refer_page_name=goods&refer_page_id=10032_1763431212717_5wlovtkq94&refer_page_sn=10032 |
| 2 | Yiwushiaiqimaoyi Co., Ltd.<br>dba<br>SCACTO AT<br>SCACTO AE | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418217372348&goods_id=601100061441961&sticky_type=3&_x_share_id=vOIOU4ivLYKoUhAHBAh8rc1lHZ7r4fLU&refer_page_name=goods&refer_page_id=10032_1763431952728_6lydra2ga8&refer_page_sn=10032&_x_sessn_id=8l0yfu1qhh<br>https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418217372249&goods_id=601100143071837&sticky_type=3&_x_share_id=sWtkCiehrgJqDSHRmWGy8Y9rReKmLsCG&refer_page_name=goods&refer_page_id=10032_1763436626545_9ji310qw6w&refer_page_sn=10032&_x_sessn_id=ypyqruxbti |
| 3 | Jinhuashichengweimaoyi Co., Ltd.<br>dba<br>SCACTO KK<br>SCACTO CA | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418216729925&goods_id=601100003116542&sticky_type=3&_x_share_id=s7XnM0Bm2vWFw77PgRg1PvtOzFeQsaMF&refer_page_name=goods&refer_page_id=10032_1763431618070_nro7ghyc1y&refer_page_sn=10032&_x_sessn_id=rvdn2mqjqp<br>https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418215153583&goods_id=601100189049557&sticky_type=3&_x_share_id=ENQknRnXZ6JrsTFvtzHiso5w9kclfvTg&refer_page_name=goods&refer_page_id=10032_1763432033325_i8tv6cqh1i&refer_page_sn=10032&_x_sessn_id=o3j2btjjok |
| 4 | SCACTO TB | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418213448888&goods_id=601100040638718&sticky_type=3&_x_share_id=A66gYiqrKHipNlYfXav0xSq1uIpBm3RJ&refer_page_name=goods&refer_page_id=10032_1763434013478_1kbde01y9x&refer_page_sn=10032&_x_sessn_id=y1qr6lib49 |
| 5 | Phiafeny | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418219545362&goods_id=601099872556992&sticky_type=3&_x_share_id=SM4WyfKSVuQwgN1Zkt61vQ18R0Jhj5oX&_x_sessn_id=idjn7rtwck&refer_page_name=goods&refer_page_id=10032_1763444556540_mm3cadvj8v&refer_page_sn=10032 |

| No. | Seller's Name | Link to Seller's Website |
|---|---|---|
| 6 | HONGKONG YUJIN LIMITED dba Bnjafdy Pbvsjan | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218104460&goods_id=601099706400594&sticky_type=3&_x_sessn_id=idjn7rtwck&refer_page_name=goods&refer_page_id=10032_1763445648802_wsgksm4b19&refer_page_sn=10032 https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218103476&goods_id=601099768336358&sticky_type=3&_x_sessn_id=1yf0rx6nwz&refer_page_name=goods&refer_page_id=10032_1763448959817_yyxm1as2xs&refer_page_sn=10032 |
| 7 | Hong Kong Jingluo Limited dba Tlktgf LIHYDA Okovt | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418217583829&goods_id=601099896995028&sticky_type=3&_x_sessn_id=1yf0rx6nwz&refer_page_name=goods&refer_page_id=10032_1763447173947_u3k8ncnq2d&refer_page_sn=10032 https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418217583592&goods_id=601099732559142&sticky_type=3&_x_sessn_id=1yf0rx6nwz&refer_page_name=goods&refer_page_id=10032_1763448258324_hinajsc42x&refer_page_sn=10032 https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418217583992&goods_id=601099704896589&sticky_type=3&_x_share_id=uRoi7R7ZVB3h8RRe6daEVMvta0lNU8n0&refer_page_name=goods&refer_page_id=10032_1763452787782_3m9aik0l7b&refer_page_sn=10032&_x_sessn_id=h1e0jp2701 |
| 8 | Qqqbntv | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218730119&goods_id=601099913252478&sticky_type=3&_x_sessn_id=1yf0rx6nwz&refer_page_name=goods&refer_page_id=10032_1763448699203_pwtjfz6evh&refer_page_sn=10032 |
| 9 | JIOWAST | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418220023474&goods_id=601100307131709&sticky_type=3&_x_sessn_id=1yf0rx6nwz&refer_page_name=goods&refer_page_id=10032_1763449270990_8o3r2mp7mh&refer_page_sn=10032 |
| 10 | Maxhbsq | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418221723075&goods_id=601100760249527&sticky_type=3&_x_sessn_id=1yf0rx6nwz&refer_page_name=goods&refer_page_id=10032_1763450187705_ihelqlzq4q&refer_page_sn=10032 |
| 11 | DTIJAS | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218517296&goods_id=601099855195003&sticky_type=3&_x_share_id=WtRj5nhdpgs6DocA0plvXzKbs |

9

| No. | Seller's Name | Link to Seller's Website |
|---|---|---|
|  |  | EeRv8gw&refer_page_name=goods&refer_page_id=10032_1763450957563_sq20m9mq8y&refer_page_sn=10032&_x_sessn_id=5ebg04u7ok |
| 12 | Atuiahm | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218512721&goods_id=601099762104440&sticky_type=3&_x_share_id=wjvzbqJ9RdDWkfZnqz5cftZnrxgz68NG&refer_page_name=goods&refer_page_id=10032_1763451838776_yan6uygw7v&refer_page_sn=10032&_x_sessn_id=7neeibte8s |
| 13 | Pfchlpy | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218479875&goods_id=601099762085537&sticky_type=3&_x_share_id=hUnEkdzCPpoejwViaPGeP3vk1RfZbmOK&refer_page_name=goods&refer_page_id=10032_1763455456743_nt170v61wu&refer_page_sn=10032&_x_sessn_id=dsyy3kh5i7 |
| 14 | Nlgaxet | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218141974&goods_id=601099752894107&sticky_type=3&_x_share_id=2QDiLL3uYoIbD1ZMiyZCe13BnE86An4d&refer_page_name=goods&refer_page_id=10032_1763456156559_snaosvkda2&refer_page_sn=10032&_x_sessn_id=4v3c7mo5hw |
| 15 | Uvripwa | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218571337&goods_id=601099825133262&sticky_type=3&_x_share_id=hj0Hi8ZF6aHlQ4iRTpzVNKaBYWtJMj66&refer_page_name=goods&refer_page_id=10032_1763456450535_m8ej1pn9m0&refer_page_sn=10032&_x_sessn_id=tiq6m2ice5 |